1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MAURICE WOODSON,

11            Plaintiff,                        No. 2:11-cv-1589 MCE KJN P

12       vs.

13   P. SAHOTA, et al.,

14            Defendants.                       FINDINGS & RECOMMENDATIONS

15   _____/

16            By order filed May 23, 2012, plaintiff's complaint was dismissed and thirty days

17   leave to file an amended complaint was granted.  On June 22, 2012, plaintiff was granted an

18   additional thirty days in which to file an amended complaint.  Thirty days from that date have

19   now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

20   court's order.

21            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

23            These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1  Findings and Recommendations."  Any response to the objections shall be filed and served

2  within fourteen days after service of the objections.  Plaintiff is advised that failure to file

3  objections within the specified time may waive the right to appeal the District Court's order.

4  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

5  DATED:  January 16, 2013

6

7

8  _____
   KENDALL J. NEWMAN
9  UNITED STATES MAGISTRATE JUDGE

10  wood1589.fta.ext

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26