IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE WOODSON,

    Plaintiff,                            No.  2:11-cv-1589 MCE KJN P

    vs.

P. SAHOTA, et al.,

    Defendants.                      <u>ORDER</u>

_____/

        Plaintiff is a state prisoner, proceeding in forma pauperis, in this civil rights action filed pursuant to 42 U.S.C. § 1983.  On May 23, 2012, this court dismissed plaintiff's original complaint with leave to file an amended complaint within thirty days.  (Dkt. No. 7.)  Plaintiff thereafter requested an extension of time to file an amended complaint, which the court granted for a period of thirty days on June 22, 2012.  (Dkt. No. 11.)  On January 16, 2013, the undersigned recommended that this action be dismissed without prejudice, due to plaintiff's failure to file an amended complaint or otherwise communicate with this court.  (Dkt. No. 12.)  In response, on February 1, 2013, plaintiff filed a further motion for extension of time, for thirty days, to file an amended complaint;  plaintiff avers that his  place of incarceration, California State Prison-Sacramento, has failed to retain legal mail, and that plaintiff requires the additional time to obtain copies of his amended complaint.  (Dkt. No. 13.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 16, 2013 (Docket No. 12), are vacated.

2. Plaintiff's motion for an extension of time (Docket No. 13), is granted.

3. Plaintiff is granted thirty (30) days after service of this order to file an amended complaint.

4. No further extensions of time will be granted.

DATED: February 5, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

wood1589.36sec