IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MAURICE WOODSON,** | 2:11-cv-01589 MCE P |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO WITHDRAW DEFENDANT NANGALAMA'S APRIL 16, 2015 REQUEST FOR LEAVE TO RENOTICE PLAINTIFF'S DEPOSITION** |
| v. | |
| **P. SAHOTA, et al.,** | |
| Defendants. | |

Defendant Dr. Nangalama's requested to withdraw his April 16, 2015 Request for Leave to Renotice Plaintiff's Deposition was considered by the Court. Defendant Nangalama's request is granted.

IT IS HEREBY ORDERED that Defendant's April 16, 2015 Request for Leave to Renotice Plaintiff's Deposition is withdrawn.

Dated: July 20, 2015

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wood1589.with

1

[Proposed] Order  (2:11-cv-01589 MCE)