1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MAURICE WOODSON,                          No.  2:11-cv-1589 MCE KJN P

12              Plaintiff,

13        v.                                    ORDER

14   P. SAHOTA, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 26, 2016, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days.  Defendant has filed

23   objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 26, 2016, are adopted in full; and

2. Defendant's motion for summary judgment (ECF No. 39) is denied with respect to the claim that defendant failed to prescribe pain medication that adequately managed plaintiff's chronic pain.  In all other respects, defendant's motion is granted.


Dated:  August 5, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2