UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE WOODSON, | No. 2:11-cv-1589 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| A. NANGALAMA, | |
| Defendant.[1] | |

      Plaintiff is a state prisoner, proceeding without counsel. Plaintiff requests that the court appoint counsel.

      On August 8, 2016, the district court adopted the February 26, 2016 findings and recommendations, and this action now proceeds on plaintiff's claim that defendant Dr. Nangalama failed to prescribe pain medication that adequately managed plaintiff's chronic pain. On October 20, 2016, counsel for defendant filed a declaration by Dr. M. Osman stating that plaintiff suffered a stroke on August 31, 2016, and sustained, *inter alia*, paralysis on the left side of his body, including his left vocal cord, as well as vascular dementia and cognitive impairments. In light of this information, the court is investigating the appointment of counsel through the court's ADR and Pro Bono Program, as well as the possible appointment of a guardian ad litem.

////

---

[1] Previously-named defendants were dismissed on July 18, 2014.  (ECF No. 19.)

1

In the meantime, defendant's counsel shall notify the court, within fourteen days, of the names, addresses and contact information for plaintiff's next of kin.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for the appointment of counsel (ECF No. 55) is partially granted;

2. Within fourteen days from the date of this order, counsel for defendant shall provide the court with the names, addresses and contact information for plaintiff's next of kin.

Dated:  March 8, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/wood1589.fb