UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE WOODSON,<br><br>  Plaintiff,<br><br>  v.<br><br>A. NANGALAMA,<br><br>  Defendant.[1] | No. 2:11-cv-1589 MCE KJN P<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO SEAL DOCUMENTS |

Plaintiff is a state prisoner, proceeding without counsel. On March 8, 2017, defendant was directed to provide the court with plaintiff's next of kin information. (ECF No. 59.) On March 21, 2017, defendant submitted the information, along with a request to file the information under seal. The undersigned finds good cause exists to file plaintiff's next of kin information under seal. Fed. R. Civ. P. 5.2(d); E.D. Cal. L.R. 141. Good cause appearing, the five pages of plaintiff's next of kin information shall be filed under seal.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant's request to file information under seal (ECF No. 60) is granted; and

////

////

////

---

[1] Previously-named defendants were dismissed on July 18, 2014. (ECF No. 19.)

1

2. The five pages of plaintiff's next of kin information shall be filed under seal.

Dated: March 23, 2017

/wood1589.sea

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE