UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE WOODSON,

        Plaintiff,

    v.

A. NANGALAMA,

        Defendant.

No. 2:11-cv-1589 MCE KJN P

ORDER APPOINTING LIMITED PURPOSE
COUNSEL FOR SETTLEMENT
CONFERENCE

      Plaintiff is a state prisoner, proceeding pro se, with this civil rights action pursuant to 42 U.S.C. § 1983. In light of the recent order appointing a guardian ad litem for plaintiff, the undersigned finds that the appointment of counsel is warranted for the limited purpose of representing the guardian ad litem in connection with a mandatory settlement conference. Joshua Kaizuka has been selected from the court's pro bono attorney panel to represent plaintiff's guardian ad litem for such limited purpose, and the attorney has agreed to be appointed.

      Accordingly, IT IS HEREBY ORDERED that:

1. Joshua Kaizuka is appointed as limited purpose counsel on behalf of plaintiff's guardian ad litem in the above-entitled matter. Such appointment is for the limited purpose of representing the guardian ad litem in connection with the mandatory settlement conference which will be set in this matter the latter part of June, 2018.

1

2      2.  Joshua Kaizuka's appointment will terminate fifteen days after completion of the

3          settlement conference, or any continuation of the settlement conference.

4      3.  Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

5          spark@caed.uscourts.gov if he has any questions related to the appointment.

6      4.  The Clerk of the Court is directed to serve a copy of this order on:

7          A.  Joshua Kaizuka, Law Office of Joshua Kaizuka, 2530 J St., Suite 320, Sacramento,

8          CA 95816; and

9          B.  Mauriceana Woodson, 1700 East Date Street, Apt. 1020, San Bernardino, CA 92404.

10  Dated:  March 23, 2018

11

12                                                                 KENDALL J. NEWMAN
                                                                   UNITED STATES MAGISTRATE JUDGE
13  /sjp/cw/wood1589.appt

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2